# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANALIZA JEWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | NO.  CV-07-5022-RHW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Before the Court is the parties' Stipulation of Dismissal (Ct. Rec. 17).  The motion was heard without oral argument.  The parties ask that all the claims against all parties be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal (Ct. Rec. 17) is **GRANTED**.

2. The above-captioned action is **DISMISSED** with prejudice and without award of costs to any party.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and to **close the file**.

**DATED** this 4th day of January, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\Jewell\stip.dismiss.ord.wpd

ORDER GRANTING STIPULATION OF DISMISSAL  * 1